# EXHIBIT A

# Cover Note CN 171

GATX

GATX UNDERWRITERS, INC.
120 SOUTH RIVERSIDE PLAZA
CHICAGO, ILLINOIS 60606

Acting upon your instructions, we have effected with GATX Insurance Company

of Chicago, Illinois (hereinafter called the "Underwriters")

coverage in conformity with the following terms and conditions:

Amount As shown below Rate Premium $240,000.00

In Consideration of the Stipulations herein named

and of Two Hundred and Forty Thousand Dollars Premium

Insures Unigard Mutual Insurance Company for the Account of Borg- Warner Corporation et al

Whose address is Seattle, Washington

From the 1st day of September 19 74 , at noon *
to the 1st day of September 19 77 ,
at noon, Standard Time at location of property insured, to an amount not exceeding the sum of

As showmbbelow Dollars.

COVERAGE:

Umbrella Liability Insurance
$1,000,000 Limit - Premium: $150,000.00
$3,000,000 share part of $4,000,000 excess of $1,000,000 -
Premium: $90,000.00

PRIMARY CARRIER:

Warranted same terms and conditions as and to follow the settlements of Company, and that said Company has, at the time of any loss, and at the same gross rate or lower, at least (subject only to reduction by amount of any Loss not reinstated) on the identical subject matter and risk, and in identically the same proportion on each separate part thereof.

This Cover Note is subject without notice to the same conditions, endorsements, assignments, and alterations of rates as are, or may be assumed in the above-mentioned Company's Insurance upon which this Cover Note is based and shall be deemed to include such risks of Lightning and/or Explosion as are included in that Insurance.

The provisions printed on the back of this Cover Note are hereby referred to and made a part hereof.

**Dated at** Chicago, Ill., this 23rd day of August 19 74

*12:01 A.M. Standard Time

GATX UNDERWRITERS, INC.

[signature]

AMAI
ALLEN, MILLER & ASSOCIATES, INC.
450 SANSOME STREET, SAN FRANCISCO, CALIFORNIA 94111/PHONE (415) 989-5444

# REINSURANCE TRANSMITTAL

To: Gatx Insurance Co.
c/o Gatx Underwriters, Inc.

Attn.:

Assured: Borg-Warner Corporation

Pol. # 1-2776 R/I Pol. # CN 171 End. # 6, 5 (non-money)

| | | Commission |
|---|---|---|
| Additional premium | | |
| Return premium | $100,050.00 | 22.5% |
| Net | $77,538.75 | |

Remarks: Attached please find copy of endt. #6.

Thank you,

Date 8/22/75 Lida Cavalieri-Bart

AM

AMAI
ALLEN, MILLER & ASSOCIATES, INC.
450 SANSOME STREET, SAN FRANCISCO, CALIFORNIA 94111/PHONE (415) 989-5444

# REINSURANCE TRANSMITTAL

To: Gatx Insurance Co.
c/o Gatx Underwriters, Inc.

Attn.:

Assured: Borg-Warner Corporation

Pol. # 1-2776 R/I Pol. # CN 171 End. # 4

| | | Commission |
|---|---|---|
| Additional premium | | |
| Return premium | | |
| Net | | |

Remarks: Attached please find copy of endt. #4.

Date 1/31/75

Thank you,
Lida L. Cavalieri

AMAI-16

AMAI

ALLE , MILLER and ASSOCIATE INC.
450 SANSOME STREET, SUITE 1000, SAN FRANCISC . CA 94111
(415) 989-5444

TO: GATX Underwriters, Inc.
120 South Riverside Plaza
Chicago, Illinois 60606

DATE Jan. 28, 1975

RE: BORG-WARNER CORPORATION I-2776

MESSAGE

Enclosed please find Endorsment No. 4 for the above captioned policy.

Sincerely,

Jan Cantrell

Jan Cantrell

REPLY

TO:

DATE

AMAI-15

AMAI SFO

GATX CGO

GATX CHICAGO ILL JANUARY 20 1975

ALLEN MILLER AND ASSOC
SAN FRANCISCO CALIF.

ATTN CHUCK EASTMAN

RE BORG-WARNER UNIGARD POLICY 1-2776
YR POLICY SHOULD CONTAIN SELF-INSURED
RETENTION OF 75000 STOP PLS FORWARD
ENDT
RAM CHANDARANA
GATX UNDERWRITERS

RECEIVED
'75 JAN 20 AM 11 28
ALLEN, MILLER & ASSOC.

AMAI SFO
M

CANCELLATION OF POLICY RELEASE

POLICY NO. CN 171 OF THE Gatx Insurance Company FOR AND IN CONSIDERATION OF A RETURN PREMIUM OF $ 100,050.00 THE UNDERSIGNED INSURED HEREBY AGREES THAT THE ABOVE NUMBERED POLICY IS CANCELLED AND SHALL BE WITHOUT FORCE OR EFFECT ON AND AFTER THE 1st DAY OF September 19 75 (XXXXX) (12:01 A.M.) AND DOES HEREBY RELEASE ANY AND ALL CLAIMS THEREUNDER WITH RESPECT TO ANY ACCIDENT OR EVENT OCCURRING ON OR AFTER SAID CANCELLATION DATE.

UNIGARD MUTUAL INSURANCE COMPANY IRO

Borg-Warner Corporation, Et Al
Policy #1-2776

DATE 8/22/75 SIGNED James W. Allen Jr.
ALLEN, MILLER AND ASSOCIATES, INC.

DATE 8/22/75 SIGNED Jack Bailey
Witnessed