# EXHIBIT C

# Cover Note

CN 267

GATX

GATX UNDERWRITERS, INC.
120 SOUTH RIVERSIDE PLAZA
CHICAGO, ILLINOIS 60606

Acting upon your instructions, we have effected with GATX Insurance Company

of Chicago, Illinois (hereinafter called the "Underwriters")

coverage in conformity with the following terms and conditions:

| Amount | Rate | Premium |
|---|---|---|
| $1,500,000 part of $30,000,000 excess of $20,000,000 excess of underlying | | $145.33 |

In Consideration of the Stipulations herein named

and of One Hundred Forty Five and 33/100 Dollars Premium

Reinsures Unigard Mutual Insurance Company

Whose address is Seattle, Washington

From the 18th day of July 1975 at noon

to the 1st day of September 1975

at noon, Standard Time at location of property insured, to an amount not exceeding the sum of

One Million Five Hundred Thousand Dollars.

COVERAGE:

Umbrella Liability Reinsurance for the Account of Borg-Warner Corporation as per Policy #-142776 Issued by Unigard Mutual Insurance Company.

PRIMARY CARRIER:

Warranted same terms and conditions as and to follow the settlements of Company, and that said Company has, at the time of any loss, and at the same gross rate or lower, at least (subject only to reduction by amount of any Loss not reinstated), on the identical subject matter, and risk, and in identically the same proportion on each separate part thereof.

This Cover Note is subject without notice to the same conditions, endorsements, assignments, and alterations of rates as are, or may be assumed in the above-mentioned Company's insurance upon which this Cover Note is based and shall be deemed to include such risks of Lightning and/or Explosion as are included in that insurance.

The provisions printed on the back of this Cover Note are hereby referred to and made a part hereof.

Dated at Chicago, Ill., this 18th day of July 1975.

GATX UNDERWRITERS, INC.

Thomas F. Sheehan

# COVER NOTE PROVISIONS

1. Notwithstanding anything to the contrary contained herein this Cover Note does not cover loss or damage directly or indirectly occasioned by, happening through or in consequence of war, invasion, acts of foreign enemies, any weapon of war employing atomic fission or radio active force whether in time of peace or war, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalization or requisition or destruction of or damage to property by or under the order of any government or public or local authority.

2. TAX CLAUSE—Notice is hereby given that Underwriters have agreed to allow for the purpose of paying the Federal Excise Tax 4% (1% on reinsurances) of the premium payable hereon to the extent such premium is subject to Federal Excise Tax.

It is understood and agreed that in the event of any return of premium becoming due hereunder the Underwriters will deduct 4% (1% on reinsurances) from the amount of the return and the Assured or his agent should take steps to recover the Tax from the U.S. Government.

3. If the Assured shall make any claim knowing the same to be false or fraudulent, as regards amount or otherwise, this Cover Note shall become void, and all claims thereunder shall be forfeited.

4. This Cover Note of Insurance may be cancelled on the customary short rate basis by the Assured at any time by written notice or by the surrender of this Cover Note to GATX Underwriters, Inc. This Cover Note of insurance may also be cancelled, with or without the return or tender of the unearned premium, by the Underwriters or by GATX Underwriters, Inc., in their behalf, by delivering to the Assured, or by sending to the Assured by mail, registered or unregistered, at the Assured's address as shown herein, not less than five days written notice, stating when the cancellation shall be effective, and in such case the Underwriters shall refund the paid premium less the earned portion thereof on demand, subject always to the retention by Underwriters hereon of any minimum premium stipulated herein (or proportion thereof previously agreed upon) in the event of cancellation either by Underwriters or Assured.

5. SERVICE OF SUIT CLAUSE: It is agreed that in the event of the failure of Underwriters hereon to pay any amount claimed to be due hereunder, Underwriters hereon, at the request of the Assured, will submit to the jurisdiction of any Court of competent jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court. It is further agreed that service of process in such suit may be made upon Kroll, Edelman, Elser & Wilson, Esquires, 22 East 40th Street, New York, New York 10016, or their nominee, and that in any suit instituted against any one of them upon this contract, Underwriters will abide by the final Decision of such Court or of any Appellate Court in the event of an appeal. Kroll, Edelman, Elser & Wilson, Esquires or their nominee are authorized and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the Assured's request to give a written undertaking to the Assured that they will enter a general appearance upon Underwriters' behalf in the event such a suit shall be instituted.

6. The Assured shall immediately report to GATX Underwriters, Inc., 120 South Riverside Plaza, Chicago, Illinois 60606, any occurrence likely to result in a claim under this Cover Note, and shall also file with GATX Underwriters, Inc., or the Underwriters, a detailed sworn proof of loss within sixty days from the date of loss. Failure by Assured either to report the said loss or damage or to file such written proofs of loss as above provided, shall invalidate any claim under this Cover Note.

7. Loss, if any, to be payable at Chicago, Illinois, in United States Currency.

8. Any provisions or conditions appearing in any forms attached hereto and made a part hereof, which conflict with or alter the Cover Note provisions stated above, shall supersede the provisions appearing in this Cover Note, in so far as the latter are inconsistent with the provisions appearing in such attached forms.

9. This Cover Note of Insurance shall not be assigned either in whole or in part, without the written consent of GATX Underwriters, Inc., endorsed hereon.

10. This Cover Note and the insurance effected by it is subject to all the terms and conditions of the Policy to be issued. This Cover Note shall be automatically terminated and voided by delivery of the Policy to the Assured.

11. This Cover Note shall not be valid unless signed by an officer of GATX Underwriters, Inc.

12. It is expressly understood and agreed by the Assured by accepting this instrument that GATX Underwriters, Inc., is not an assurer hereunder and that GATX Underwriters, Inc. is not nor shall be in any way or to any extent liable for any loss claim whatever, but the assurers hereunder are those individual Insurance Companies who have granted such authority to GATX Underwriters, Inc.

AMAI
ALLEN, MILLER & ASSOCIATES, INC.
450 SANSOME STREET, SAN FRANCISCO, CALIFORNIA 94111/PHONE (415) 989-5444

# REINSURANCE TRANSMITTAL

To: Gatx Insurance Company
c/o Gatx Underwritiers, Inc.

Attn.:

Assured: Borg-Warner Corporation

Pol. # 1-2776 R/I Pol. # CN 267 End. # 6,5 (non-money)

| | | Commission |
|---|---|---|
| Additional premium | | |
| Return premium | $6,253.12 | 22.5% |
| Net | $4,846.17 | |

Remarks: Attached please find copy of endt. #6.

Thank you,

Date 8/22/78

Lida Cavalieri-Bart

AM

CANCELLATION OF POLICY RELEASE

POLICY NO. CN 267 OF THE Gatx Insurance Company FOR AND IN CONSIDERATION OF A RETURN PREMIUM OF $ 6,253.12 THE UNDERSIGNED INSURED HEREBY AGREES THAT THE ABOVE NUMBERED POLICY IS CANCELLED AND SHALL BE WITHOUT FORCE OR EFFECT ON AND AFTER THE 1st DAY OF September 19 75 (~~NOON~~) (12:01 A.M.) AND DOES HEREBY RELEASE ANY AND ALL CLAIMS THEREUNDER WITH RESPECT TO ANY ACCIDENT OR EVENT OCCURRING ON OR AFTER SAID CANCELLATION DATE.

UNIGARD MUTUAL INSURANCE COMPANY IRO

Borg-Warner Corporation, Et Al
Policy #1-2776

DATE 8/22/75 SIGNED James W. Allen, Jr.
ALLEN, MILLER AND ASSOCIATES, INC.

DATE 8/22/75 SIGNED Jack Bailey
Witnessed

# ATX INSURANCE COMPANY

In consideration of an additional premium of $80.17 it is agreed that the premium shown on this cover note is amended to read:

Premium $225.50

**All other terms and conditions of the policy remain unchanged.**

The effective date and hour of this endorsement is stated below and reference to hour shall be Standard Time at the address of the named insured as stated in the policy. This endorsement shall terminate with the policy.

This endorsement is subject to the declarations, conditions, and other terms of the policy which are not inconsistent herewith, and when countersigned by an authorized representative of the company, forms a part of the policy described below.

Issued to ..............................

Policy Number CN 267 Endorsement Number .......... Endorsement Effective .......... (HOUR) M. 7 (MONTH) 18 (DAY) 75 (YEAR)

Policy Effective .......... (MONTH) (DAY) (YEAR) Agcy. No. ..........

Signed at .......... (MONTH) (DAY) (YEAR) .......... Duly Authorized Officer or Representative

FORM 6184