**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 07-332 ML |

**AFFIDAVIT OF SERVICE ON DEFENDANT**

I, Paul Sullivan, Esq., being duly sworn, hereby depose and say:

1. That I am an attorney duly licensed to practice in the state of Rhode Island, and represent plaintiff, Seaton Insurance Company f/k/a Unigard Mutual Insurance Company.

2. That I mailed an original Summons and true copy of the Complaint to the defendant, Illinois Union Insurance Company, f/k/a GATX Insurance Company, via certified mail at the following address: P.O. Box 1000, 436 Walnut Street, WA 04R, Philadelphia, PA 19106, Certified Mail No. 7002 0510 0001 5609 0138.

3. To the best of my knowledge, the defendant's address noted in paragraph 2 herein is in fact the proper address for this defendant.

4. That the green return receipt card attached hereto marked Exhibit "A" evidences the defendant's receipt of the Summons and Complaint on September 20, 2007.

/s/ Paul Sullivan

Paul Sullivan, Esq. #5712
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
pvsullivan@morrisonmahoney.com

# EXHIBIT A

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Illinois Union Insurance Co
b/k/a GATX Insurance Co.
P.O. Box 1000
436 Walnut Street, WA 04R
Philadelphia, PA 19106

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) M. Jackson

C. Date of Delivery 9/20/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7002 0510 0001 5609 0138

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540