**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SEATON INSURANCE COMPANY,
f/k/a UNIGARD MUTUAL INSURANCE
COMPANY,
Plaintiff,

v. C.A. No. 07-332-ML

ILLINOIS UNION INSURANCE
COMPANY, f/k/a GATX INSURANCE
COMPANY,
Defendant.

**ENTRY OF APPEARANCE**

Robert K. Taylor hereby enters his appearance as counsel for Defendant Illinois Union Insurance Company f/k/a Gatx Insurance Company.

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: November 9, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ENTRY OF APPEARANCE OF ROBERT K. TAYLOR was electronically filed with the Clerk of the United States District Court for the District of Rhode Island on the 9th day of November, 2007 and is available for downloading and viewing to the following counsel of record:

Paul V. Sullivan / Morrison Mahoney & Miller
pvsullivan@morrisonmahoney.com

/s/ Robert K. Taylor