# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SEATON INSURANCE COMPANY,
f/k/a UNIGARD MUTUAL INSURANCE COMPANY,
Plaintiff,

v.

ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY,
Defendant.

C.A. No. 07-332-ML

**STIPULATION TO EXTEND TIME TO FILE ANSWER**

The parties hereto, by their undersigned counsel, hereby stipulate and agree that Defendant Illinois Union Insurance Company, f/k/a Gatx Insurance Company, shall have up to and including November 13, 2007 within which to respond to Plaintiff's Complaint.

SEATON INSURANCE COMPANY f/k/a UNIGARD MUTUAL INSURANCE COMPANY

By Its Attorneys,

MORRISON, MAHONEY LLP

/s/ Paul V. Sullivan
Paul V. Sullivan (#5712)
121 South Main Street
Suite 600
Providence, RI 02903
(401) 331-4660
(401) 351-4420 FAX
pvsullivan@morrisonmahoney.com

DATED: November 9, 2007

ILLINOIS UNION INSURANCE COMPANY f/k/a GATX INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Howard A. Merten (#3171)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
hm@psh.com
rkt@psh.com

DATED: November 9, 2007

950486_1