# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SEATON INSURANCE COMPANY,
f/k/a UNIGARD MUTUAL INSURANCE COMPANY,
Plaintiff,

v.

ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY,
Defendant.

C.A. No. 07-332-ML

## MOTION FOR ADMISSION PRO HAC VICE

Defendant ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY hereby moves that LLOYD A. GURA be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY
(Defendant)
By Its Attorneys,

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: November 13, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

I am a member in good standing of the bar of New York and Connecticut, and my eligibility to practice before those courts has not been restricted in any way.

I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

I have never been convicted of any crime other than minor traffic offenses.

I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Lloyd A. Gura, Esq.
MOUND, COTTON, WOLLAN &
GREENGRASS
One Battery Park Plaza
New York, NY 10004
(212) 804-4200
(212) 344-8066
lgura@moundcotton.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

---

**ORDER**

This motion is hereby ________________________.

______________________________
Hon. Mary M. Lisi
United States District Judge

Date: ____________________________

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE was filed with the Clerk of the United States District Court for the District of Rhode Island this 13th day of November, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Paul V. Sullivan / Morrison Mahoney LLP
pvsullivan@morrisonmahoney.com

/s/ Robert K. Taylor

951261_1