# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY, Plaintiff, | |
| v. | C.A. No. 07-332-ML |
| ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY, Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Lloyd A. Gura of Mound, Cotton, Wollan & Greengrass hereby withdraws his appearance on behalf of Defendant Illinois Union Insurance Company, f/k/a Gatx Insurance Company, in the above-referenced action.

/s/ Lloyd A. Gura
Lloyd A. Gura, Esq.
MOUND, COTTON, WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004
(212) 804-4200
(212) 344-8066
lgura@moundcotton.com

DATED: December 28, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE was filed with the Clerk of the United States District Court for the District of Rhode Island this 28th day of December, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Paul V. Sullivan / Morrison Mahoney LLP
pvsullivan@morrisonmahoney.com

John T. Harding / Morrison Mahoney LLP
jharding@morrisonmahoney.com

and has been sent by first class mail to the following counsel of record:

Lloyd A. Gura, Esq.
Andrea Fort, Esq.
MOUND, COTTON, WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004

/s/ Robert K. Taylor

958997_1