**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY

Defendant.

Civil Action No. 07-332-ML

MOTION FOR ADMISSION PRO HAC VICE

Defendant Illinois Union Insurance Company, f/k/a GATX Insurance Company hereby moves that JENNIFER R. DEVERY be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY
Defendant

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8200 (FAX)
rkt@psh.com

DATED: December 28, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

I am a member in good standing of the bars of the District of Columbia and Maryland and the United States District Courts for the Districts of the District of Columbia and Maryland, and my eligibility to practice before those courts has not been restricted in any way.

I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

I have never been convicted of any crime other than minor traffic offenses.

I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Jennifer R. Devery
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (FAX)
jdevery@crowell.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8200 (FAX)
rkt@psh.com

ORDER

This motion is hereby

______________________________________________

______________________
Hon. Mary M. Lisi
United States District Judge, District of Rhode Island

Date: ______________

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE was filed with Clerk of the United States District Court for the District of Rhode Island this 28th day of December, 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Paul V. Sullivan / Morris, Mahoney & Miller
pvsullivan@morrisonmahoney.com

John T. Harding / Morrison Mahoney LLP
jharding@morrisonmahoney.com

/s/ Robert K. Taylor