**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY | ) | Civil Action No.: 07-332 ML |
| Plaintiff, | ) | |
| v. | ) | |
| ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S**
**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**
**(Re: Jennifer R. Devery, Esq., of Crowell & Moring LLP)**

Plaintiff Seaton Insurance Company, f/k/a Unigard Mutual Insurance Company, hereby objects to defendant's motion *pro hac vice* pertaining to Jennifer R. Devery, Esq., of Crowell & Moring LLP. As grounds for this objection, plaintiff Seaton states that the law firm of Crowell & Moring LLP has a conflict of interest, as it currently represents and has previously represented plaintiff Seaton in matters in other jurisdictions, and now seeks to represent an adverse party (defendant Illinois Union) in this case. Plaintiff Seaton Insurance does not agree to waive any conflict that Crowell & Moring LLP has, and opposes any attempt by Crowell & Moring LLP to represent the defendant in the instant lawsuit.

Wherefore, plaintiff Seaton objects to defendant's motion *pro hac vice,* and further requests that the court set a schedule for the resolution of the motion and this objection at the pre-trial conference that will occur on January 9, 2008.

SEATON INSURANCE COMPANY, F/K/A
UNIGARD MUTUAL INSURANCE COMPANY,
By its attorneys,
MORRISON MAHONEY LLP,

/ s / Paul Sullivan

______________________________

John T. Harding, Esq. (*pro hac vice*)
Paul V. Sullivan (#5712)
10 Weybossset Street, Suite 900
Providence, RI 02903
Tel: (401) 331-4660; Fax: (401) 351-4420
jharding @morrisonmahoney.com
pvsullivan@morrisonmahoney.com

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 2nd day of January, 2008.

/ s / Paul Sullivan