UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SEATON INSURANCE COMPANY,
f/k/a UNIGARD MUTUAL INSURANCE
COMPANY

vs. CA 07-332ML

ILLINOIS UNION INSURANCE
COMPANY, f/k/a GATZ INSURANCE
COMPANY

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
January 3 , 2008

Entered as an Order of this Court on January 4 , 2008.

Barbara Barletta
Deputy Clerk