**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SEATON INSURANCE COMPANY, f/k/a
UNIGARD MUTUAL INSURANCE COMPANY
Plaintiff,

v.

ILLINOIS UNION INSURANCE COMPANY
f/k/a GATX INSURANCE COMPANY,
Defendant.

Civil Action No.: 07-00332-S-DLM

**ENTRY OF APPEARANCE**

The undersigned, Thomas M. Robinson, hereby enters his appearance as counsel for Seaton Insurance Company f/k/a Unigard Mutual Insurance Company in this action.

**SEATON INSURANCE COMPANY f/k/a UNIGARD MUTUAL INSURANCE COMPANY,**

By its attorneys,

*/s/ Thomas M. Robinson*

Thomas M. Robinson, RI Bar # 6193
Morrison Mahoney, LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: January 10, 2008

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 10, 2008.

*/s/ Thomas M. Robinson*

Thomas M. Robinson, RI Bar # 6193