# EXHIBIT 1

crowell moring

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

June 30, 2003

Clifford B. Hendler
(202) 624-2928
chendler@crowell.com

**PRIVILEGED AND CONFIDENTIAL/
ATTORNEY-CLIENT COMMUNICATION/
ATTORNEY WORK PRODUCT**

**By Federal Express**

Thomas M. Ryan, Esq.
Randall America
2 Central Square
Cambridge, MA 02139-3311

Re: Crowell & Moring Billing Rates

Dear Tom:

Following up on our recent e-mails -- and recognizing that the last thing either of us wants to talk about any further is the economics as opposed to the substance of our firm's legal work on your behalf -- I am pleased to enclose as the last "piece of the puzzle" the Crowell & Moring 2003 lawyer-by-lawyer rate chart for Randall America matters. This lawyer-by-lawyer rate chart implements the May 21st e-mail that I sent to you accepting the "Rob Whitney February 14th proposal" for rates as summarized in the March 23, 2003 chart that we previously faxed up to you.

As you will see, to confirm our having followed the "old ACE rates" bands of billing rates approach agreed upon, the rates chart includes after each lawyer's name the year that lawyer graduated from law school and his or her position within the firm. Included on the chart are all of the lawyers who have worked on Randall America matters this year through 5/31/03.

While the other categories are self-explanatory, let me here, per Rob Whitney's suggestion, address explicitly partner rates and staffing. First, Rob expressed an expectation that most of the asbestos/bankruptcy case work would be led by Mark Plevin and me and our asbestos/bankruptcy team partners as contrasted with Andy Marks and the partners who with Andy have taken the lead on the environmental matters now being transitioned to other law firms. While Andy and environmental team partners Robert Davis, Fred Souk and Alex de Gramont are on the chart and in the same bands that they were in last year, given

their 2003 work to date on the environmental matters being transitioned, Mark and I do not expect those partners to be working on the asbestos/bankruptcy docket over the second half of the year.[1]

As for our asbestos/bankruptcy team, the same partners are likewise on the chart and in the same partner bands as they were last year -- senior partner (Mark and me) and coverage/bankruptcy team partners (Ted Ebert and Dave Florin) -- with three changes that I want to flag for you. First, Thorpe partner Steve Rice has been moved from the "other partners/counsel" band to the "coverage/bankruptcy team partners" band per your agreement during the conference call that you, Brian Snover and I had in March (and as reflected in the March 23rd chart).

Second, two experienced, core insurance team partners who had not previously worked on Randall America matters -- Paul Kalish and Cliff Elgarten -- have been added to the Randall America chart as "coverage/bankruptcy team partners" given their work for Randall on the Combustion Engineering asbestos/bankruptcy litigation. By way of background, Paul is now the co-chair of the Crowell & Moring insurance practice with me having dedicated the vast majority of his legal work over the past 15 years to insurance coverage litigation. Paul also serves as "de facto general counsel" to the Coalition for Asbestos Justice. ACE USA routinely turns to Paul to handle high profile matters. For example, Paul is leading the defense of the ACE USA Companies in the Wise, Cashman, and related asbestos tort cases along with Andy Marks.

Cliff Elgarten -- a former U.S. Supreme Court clerk and perhaps our firm's leading appellate lawyer -- has likewise been called upon by ACE USA for many years to litigate high profile coverage matters. For example, earlier this month, Cliff argued the 3M breast implant coverage case to the Minnesota Supreme Court. Several years ago, he won the Helena Chemicals case in South Carolina by prevailing on a series of summary judgment motions. And several years before that, in Bristol Myers Squibb, Cliff argued and won for the carriers in state court in Beaumont, Texas the pre-merger issue.[2]

---

1 If subsequent developments did appear to us to warrant involving Andy or another one of those partners, we would, of course, discuss that staffing question with the responsible Randall America in-house counsel and claim official.

2 Our billings for Thorpe for April will also reflect six hours of time at the coverage partner rate for Luther Zeigler who served as a mock Fifth Circuit Judge

(continued...)

Finally, you will see in our $295/hour "other partners/counsel" band, a group of six counsel with an average of over 12 years of legal experience. As you will note, and we hope appreciate in terms of our efforts to keep down the total number of billable hours spent on Randall America matters, we have so far this year not had to utilize the services of any of our generalist litigation partners who, lacking coverage/bankruptcy experience, might have to spend additional hours, albeit at a heavily discounted rate, to get "from point A to point B."

Crowell & Moring's standard billing rates are expected to increase effective September 1, 2003. Nonetheless, as we have agreed, the specially discounted bands of rates that we have agreed upon for lawyers at the different levels of seniority will for Randall America remain in effect through December 31, 2003.[3] Likewise, as we have agreed, Randall America will process Crowell & Moring billing statements at those specially discounted rates for payment within 45 days after receipt by Randall America.

Lastly, as we formally renew our business relationship with you for 2003, our Professional Responsibility Committee requests that we reiterate that the same conflicts understandings and waivers that have enabled our firm both to represent Randall America carriers and other firm insurance clients will remain in effect. Thus, you will recall that Crowell & Moring also represents other carriers such as ACE Companies, RiverStone-administered entities, United Educators, St. Paul, and Liberty in numerous multi-carrier insurance matters, including matters in which Randall-administered companies may have an adverse interest, and that it is understood that Crowell & Moring can continue to do such present and future cases

(...continued)

for Mark Plevin's moot court. An eighteen year lawyer, Luther's insurance coverage experience goes back to the late 1980's and includes his originally co-chairing ACE USA's Exxon environmental litigation with Mark Plevin.

3 When our new first-year associates arrive in September after taking the bar, current first years become second years, current second years become third years and so forth. Thus, consistent with the "old ACE rates," a couple of fourth years will become fifth years and move into the senior associates rate band at that time. However, the billing rate for that senior associate band will remain fixed, and we have agreed not to seek an adjustment of it, even as the firm's standard rates for senior associates are almost certain to go up, further widening the discount between standard rates and Randall rate bands.

for other carriers as a matter of course where Crowell & Moring is not in such cases representing Randall-administered carriers. Also, with respect to the ACE Companies, Randall has agreed (1) that Crowell & Moring would not itself bring cross-claims or bad faith/extracontractual claims against ACE-related companies; (2) to case-by-case approval from ACE for new Randall representations (with ACE reserving a right of first refusal and/or to propose a counsel sharing arrangement, but also pledging to act reasonably and expeditiously); and (3) that Crowell & Moring itself would not take positions for Randall on substantive matters that would create positional conflicts with ACE. As you and I discussed last fall in connection with Thorpe, such conditions do not preclude Randall from advocating positions opposite to ACE's (or bringing cross-claims or bad faith claims against ACE), so long as Randall uses one of its other law firms to do so.

* * * *

Tom, having finished writing you this long letter about "business matters," I am eager now to get back to work on substance. Let me close, if I may, for all of us here on the Crowell & Moring/Randall America team by thanking you and your colleagues for the opportunity to represent you on the important and interesting cases entrusted to us. While such "business matters" do have to be addressed, we are pleased now to have them behind us for 2003.

Sincerely,

Clifford B. Hendler

Enclosure

cc (w/encl.): Robert A. Whitney, Esq.

2052802

# NEW RANDALL AMERICA RATES FOR 2003

| 10374 | | |
|---|---|---|
| **Name** | **Position** | **2003 Randall Rates** |
| Hendler, Clifford B. '78 | Senior Partner | $360 |
| Marks, Andrew H .'76 | Senior Partner | $360 |
| Plevin, Mark D. '81 | Senior Partner. ($375 as of 6/1/03) | $360 |
| Davis, Jr., Robert C. '78 | Coverage Partner | $350 |
| de Gramont, Alexandre G. '90 | Coverage Partner | $350 |
| Ebert, Robert T. '76 | Coverage/Bankruptcy Team Partner | $350 |
| Elgarten, Clifton S. '79 | Coverage/Bankruptcy Team Partner | $350 |
| Florin, David '77 | Coverage Partner | $350 |
| Kalish, Paul W. '86 | Coverage/Bankruptcy Team Partner | $350 |
| Rice, Steven P. '80 | Coverage/Bankruptcy Team Partner | $350 |
| Souk, Fred S.'75 | Coverage Partner | $350 |
| Ackerman, Peter B. '84 | Counsel | $295 |
| Alp Paul N. '95 | Counsel | $295 |
| Eaton, Mark R. '75 | Counsel | $295 |
| Parham, Monica G. '93 | Counsel | $295 |
| Pittman, Jonathan H. '90 | Counsel | $295 |
| Underhill, Kathryn A. '84 | Counsel | $295 |
| Bagley, Andrew W. '94 | Senior Associate | $240 |
| Corrao, Stephanie '91 | Senior Associate | $240 |
| Devery, Jennifer '98 | Senior Associate | $240 |
| Gold, Kimberly J. '95 | Senior Associate | $240 |
| Koehler, Beth '97 | Senior Associate | $240 |
| Kramer, Beth M. '95 | Senior Associate | $240 |
| Owens, Amy E. '98 | Senior Associate | $240 |
| Parsons, Barry '95 | Senior Associate | $240 |
| Abelow, Michael G. '00 | Associate | $180 |
| Allison, Bridget K. '99 | Associate | $180 |
| Boone, Laural S. '01 | Associate | $180 |
| Borchert, John W. '99 | Associate | $180 |
| Epley, Leslie '01 | Associate | $180 |
| Kang, Suzanna '00 | Associate | $180 |
| Keith, F. Ryan '00 | Associate | $180 |
| Linde, Jonathan T. '01 | Associate | $180 |
| Lopez, Theresa '99 | Associate | $180 |
| Marshall, Sean '02 | Associate | $180 |
| Martin, Stephen D. '02 | Associate | $180 |
| Murphy, Justin P. '01 | Associate | $180 |
| Newman, Amy B. '01 | Associate | $180 |
| | | |
| Friedt, Christopher F. | Law Clerk | $135 |
| Peterkin, Donna M. | Law Clerk | $135 |
| Zaprauskis, Maya | Law Clerk | $135 |
| Anderson, Lakeitha | Legal Assistant | $130 |
| | | |

6/30/2003
(2046038)