**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SEATON INSURANCE COMPANY f/k/a UNIGARD MUTUAL INSURANCE COMPANY** | ) | |
| v. | ) | **C.A. No.: 007-332-S-DLM** |
| **ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY** | ) | |

**JOINT MOTION TO CONTINUE JANUARY 22, 2008 HEARING ON MOTION FOR *PRO HAC VICE* ADMISSIONS OF JENNIFER R. DEVERY AND PAUL W. KALISH**

The plaintiff Seaton Insurance Company and defendant Illinois Union Insurance Company hereby move to continue the hearing date of defendant's motions for Jennifer R. Devery and Paul W. Kalish to appear *pro hac vice* in this matter. The motions are currently scheduled to be heard on January 22, 2008 at 10:00 a.m. before Magistrate Judge David L. Martin. The parties respectfully request that the hearing date be continued to Friday, February 8, 2008 at 10:00 a.m.

As reasons therefore, the parties state that both parties have counsel coming in from out of town to attend the hearing of this motion as well as the Rule 16 Conference which is scheduled for February 8, 2008 at 2:00 p.m. before the Honorable William E. Smith. It would be more convenient for both parties to have the hearing and the Rule 16 conference on the same day. Further, plaintiff intends to file a motion to disqualify Jennifer R. Devery and Paul W. Kalish as counsel to fully explain its position that each has a conflict and should not enter their appearance in this matter. By continuing the January 22, 2008 hearing to February 8, 2008, Magistrate Martin will have plaintiff's motion as well as defendant's response to the motion to

disqualify to consider as part of the record of this matter. Finally, counsel for plaintiff, John T. Harding, is scheduled to be in New York City for a hearing on January 22, 2008.

For the reasons set forth above, the parties hereby respectfully request that the hearing on the motions for pro hac vice admission of Jennifer R. Devery and Paul W. Kalish be continued to Friday February 8, 2008 at 10:00 a.m.

ILLINOIS UNION INSURANCE COMPANY f/k/a GATX INSURANCE COMPANY

/s/ Robert K. Taylor

**Attorneys for Defendant**
Robert K. Taylor, #6514
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200 Fax: (401) 861-8200
rkt@psh.com

SEATON INSURANCE COMPANY, F/K/A UNIGARD MUTUAL INSURANCE COMPANY
By its Attorneys,

/s/ John T. Harding
/s/ Thomas M. Robinson

**Attorneys for Plaintiff**
John T. Harding, (*pro hac vice*)
Thomas M. Robinson, #6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420
jharding @morrisonmahoney.com
trobinson@morrisonmahoney.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 17th day of January, 2008.

/s/ Thomas M. Robinson