**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY, | ) | Civil Action No.: 07-332-S |
| Plaintiff, | ) | |
| v. | ) | |
| ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**PLAINTIFF SEATON INSURANCE COMPANY'S MOTION TO DISQUALIFY JENNIFER R. DEVERY, ESQ. AND PAUL W. KALISH, ESQ. OF CROWELL & MORING LLP**

Plaintiff Seaton Insurance Company, f/k/a Unigard Mutual Insurance Company ("Seaton"), hereby moves that the Court enter an order disqualifying Jennifer R. Devery, Esq. and Paul W. Kalish, Esq. of the law firm of Crowell & Moring LLP ("C&M") located in Washington, D.C. from representing Defendant Illinois Union Insurance Company f/k/a GATX Insurance Company ("Illinois Union") in this case.[1]

[1] Seaton has previously filed an objection to the Motions for Admission *pro hac vice* filed on behalf of Mr. Kalish and Ms. Devery [PACER Nos. 15, 16]. In the alternative, and as a matter of discretion, the Court should simply deny the motions for *pro hac vice* admission. Seaton notes in this regard that Illinois Union is already represented by able Rhode Island counsel from the Partridge, Snow & Hahn LLP firm. Further, Illinois Union previously filed motions to admit New York counsel from the firm of Mound, Cotton, Wollan & Greengrass on November 13, 2007 [PACER Nos. 7, 8]. Seaton readily assented to the attorneys from Mound, Cotton appearing in the action as there was no conflict of interest. For reasons that have never been explained, Illinois Union subsequently decided to engage C&M and discharge Mound Cotton [PACER Nos. 11-14], knowing full well that there was a conflict of interest as C&M currently represents Seaton in other cases.

As grounds for this motion, all of which are more fully set forth in the accompanying Memorandum of Law and Affidavit of Joseph P. Follis, Seaton states that the law firm of C&M has a conflict of interest under the applicable Rhode Island Rules of Professional Conduct, as it ***currently represents and has previously represented Seaton in matters in other jurisdictions in which it has obtained confidential information regarding Seaton's business***, and now seeks to represent an adverse party, Illinois Union, in this case. Seaton has notified C&M that it does not agree to waive the conflict, but C&M has refused to abandon its attempt to represent Illinois Union against its current client. Seaton has never waived the conflict of interest regarding this case and C&M's attempt to rely upon an alleged blanket "waiver" entered into by an entity other than Seaton; with whom Seaton has no ongoing relationship; and that was made several years before this dispute ever arose is entirely without merit**.** The simple fact is that Seaton never authorized anyone to waive conflicts of interest on its behalf, much less to enter into a "blanket" waiver that would be effective in all future cases for all time. If "consent" ever existed (which Seaton denies) it has been revoked and there is no authority for C&M to appear in this action without Seaton's consent.

**WHEREFORE**, for the reasons stated above and as set forth in the accompanying Memorandum of Law and Affidavit of Joseph P. Follis, Seaton respectfully requests that the Court allow this motion and disqualify Attorneys Devery and Kalish, and any other attorneys associated with C&M, from representing Illinois Union in this matter. In the alternative, and in light of the issues raised by this Motion, the Court should deny the applications for admission *pro hac vice*. Further, insofar as Illinois Union does not have a good faith basis for contending that C&M should be permitted to appear in this action over Seaton's objection, Seaton respectfully requests that the Court award Seaton its costs and attorneys' fees in this matter.

Respectfully submitted,

**SEATON INSURANCE COMPANY, f/k/a**
**UNIGARD MUTUAL INSURANCE COMPANY**
By its attorneys,

*/s/ John T. Harding*

______________________________

John T. Harding, *pro hac vice*
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Thomas M. Robinson, RI Bar # 6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141
(401) 331-4660

Dated: January 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 17, 2008.

*/s/ John T. Harding*

______________________________

John T. Harding