**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re:<br><br>Lloyd E. Mitchell, Inc.,<br><br>Debtor. | Case No. 06-1-3250-NVA<br><br>Chapter 11<br><br>Judge Alquist |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Maryland Casualty Company under Section 1109(b) of the Bankruptcy Code and, pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that the Clerk of this Court enter the following names and addresses on the general matrix for this case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

Mark D. Plevin
Leslie A. Epley
Joseph L. Meadows
Kelly R. Cusick
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Email: mplevin@crowell.com
Email: lepley@crowell.com
Email: jmeadows@crowell.com
Email: kcusick@crowell.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, electronic mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

DATED: June 8, 2006

Respectfully submitted,

*/s/ Joseph L. Meadows*

Mark D. Plevin (D. Md. Bar No. 013415)
Leslie A. Epley (D. Md. Bar No. 015726)
Joseph L. Meadows (D. Md. Bar No. 015856)
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Maryland Casualty Company

CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of June, 2006, the foregoing was served pursuant to the ECF Guidelines and by first-class mail, postage prepaid to the following:

Ashcraft & Gerel
Suite 1212
10 E. Baltimore St.
Baltimore, MD 21202

Clifford W. Cuniff, Esq.
Suite 612, 207 E. Redwood St.
Baltimore, MD 21202-3320

Commercial Union (One Beacon)
c/o Christopher Goss, Acct. Mgr.
2 Central Square, Cavell America
Cambridge, MA 02139

Edward David Hoskins, Esq.
711 W. 40th St., Suite 425
Baltimore, MD 21211

Gary W. Kendall, Esq.
Michie, Hamlett, Lowry, Rasmussen et al.
500 Court Square, Ste. 300, POB 298
Charlottesville, VA 22902-0298

Goldman & Skeen, P.A.
c/o Harry Goldman, Jr., Esq.
4th Fl., 11 E. Lexington St.
Baltimore, MD 21202

Goodman, Meagher & Enoch, LLP
7th Fl., 111 N. Charles St.
Baltimore, MD 21201

James J. Fabian, Esq.
326 St. Paul St., Suite 100
Baltimore, MD 21202

Law Offices of Peter Angelos, P.C.
One Charles Center
100 North Charles St.
Baltimore, MD 21201-3812

Law Offices of Peter T. Enslein, P.C.
1738 Wisconsin Ave., N.W.
Washington, DC 20007-2313

Law Offices of Peter T. Nicholl
Suite 1700, Charles Center South
36 South Charles St.
Baltimore, MD 21201

Parker, Dumler & Kiely, LLP
Suite 2200
36 South Charles St.
Baltimore, MD 21201

Paul A. Weykamp, Esq.
110 St. Paul St., Suite 300
Baltimore, MD 21202

Stephen J. Nolan, Chartered
Suite 2200 Court Towers
210 W. Pennsylvania Ave.
Baltimore, MD 21204-4508

Travelers Insurance
c/o Jeffrey Cranston
One Tower Square
Hartford, CT 06183

Verderaime & DuBois, P.A.
1231 North Calvert St.
Baltimore, MD 21202

Maryland Casualty Company
Goodell, DeVries, Leech & Dann, LLP
One South St., 20th Fl.
Attn: Atty Dann
Baltimore, MD 21202

Dated: June 8, 2006

*/s/Joseph L. Meadows*

Joseph L. Meadows (D. Md. Bar No. 15856)
CROWELL & MORING LLP
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

2774065