**McBride-Bukont, Kellyann**

**From:** Brian Bendig [Brian.Bendig@cavellamerica.com]
**Sent:** Wednesday, June 14, 2006 11:39 AM
**To:** Plevin, Mark
**Subject:** Lloyd E. Mitchell, Inc.

**Follow Up Flag:** Follow up
**Flag Status:** Red

Mark:

I understand C&M has been retained by Maryland Casualty/Zurich (MC/Z) in the Chapter 11 proceeding styled In Re Lloyd E. Mitchell, Inc., filed last week in the US Bankruptcy Court for the District of Maryland.

C&M has a clear conflict respecting this representation. The conflict is obvious even from the limited information we possess at present. MC/Z sits immediately below CU coverage issued to the debtor. The exhibit to the debtor's voluntary petition indicates MC/Z and debtor are settling on a buyback basis, with a consequent exhaustion claim. CU does not waive the conflict.

We are informed that you have appeared on behalf of MC/Z. I am unaware that anyone from C&M even contacted us regarding this situation. We had to learn about it through other means.