**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SEATON INSURANCE COMPANY, f/k/a
UNIGARD MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

ILLINOIS UNION INSURANCE COMPANY, f/k/a
GATX INSURANCE COMPANY

Defendant.

Civil Action No. 07-332-DLM

**DECLARATION OF LORI T. HILDEBRAND IN SUPPORT OF DEFENDANT ILLINOIS UNION'S OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL**

I, LORI T. HILDEBRAND, declare as follows:

1. I am an associate at Crowell & Moring LLP. I am over the age of twenty-one years and am otherwise competent to give this Declaration in support of Illinois Union's Opposition to Plaintiff's Motion to Disqualify Counsel. I have personal knowledge of the matters stated herein and know them to be true and correct.

2. Attached as Exhibit 1 is a true and correct copy of a January 30, 2007 letter to the Hon. Francis T. Wasielewski from Paul R. Hoefle regarding proceedings in *Cleaver-Brooks, Inc. v. AIU Ins. Co.*, No. 04-CV-002852 (Cir. Ct. Wisc.-Milwaukee Cty).

3. Attached as Exhibit 2 is a true and correct copy of a November 13, 2007 letter to William C. O'Neill of Crowell & Moring LLP from Brian Bendig, Vice President and General Counsel of Resolute Management Inc. New England Division. The letter has been redacted to

protect confidential information; an unredacted copy can be provided to the Court for *in camera* review upon request.

4. Attached as Exhibit 3 is a true and correct copy of a November 12, 2007 letter to Jennifer R. Devery of Crowell & Moring LLP from Mark D. Hoerrner of Budd Larner P.C. The letter has been redacted to protect confidential information; an unredacted copy can be provided to the Court for *in camera* review upon request.

5. Attached as Exhibit 4 is a true and correct copy of the First Amended Complaint filed by Seaton Insurance Company against Cavell USA on December 28, 2007 in *Seaton Ins. Co. v. Cavell USA, Inc.*, No. 07:CV07032 (S.D.N.Y.).

6. Attached as Exhibit 5 is a true and correct copy of Seaton Insurance Company's Memorandum of Law in Opposition to Cavell USA's Motion to Dismiss the Complaint filed on November 21, 2007 in *Seaton Ins. Co. v. Cavell USA, Inc.*, No. 07:CV07032 (S.D.N.Y.).

7. Attached as Exhibit 6 is a true and correct copy of American Motorists Ins. Co's. Responses and Objections to Debtor's First Set of Interrogatories and Request for Production of Documents dated December 2, 2002 in *In re J.T. Thorpe*, 02-41487 (S.D. Tex.). The responses have been redacted to protect confidential information; an unredacted copy can be provided to the Court for *in camera* review upon request.

8. Attached as Exhibit 7 is a true and correct copy of National Indemnity Company's Petition to Confirm Arbitral Award (without exhibits) filed on November 15, 2007 in *National Indemn. Co. v. Seaton Ins. Co.*, No. 07:CV10349 (S.D.N.Y.).

9. Attached as Exhibit 8 is a true and correct copy of a May 26, 2006 letter from Ken Randall of Randall & Quilter Investment Holdings Ltd. to Amy Daubert of the Pennsylvania Department of Insurance.

10. Attached as Exhibit 9 is a true and correct copy of (1) a November 1, 2006 e-mail addressed to Tom Ryan and (2) a November 7, 2007 e-mail copied to Tom Ryan. The e-mails have been redacted to protect confidential information; an unredacted copy can be provided to the Court for *in camera* review upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 1, 2008
in Washington, D.C.

Lori T. Hildebrand