LAUFENBERG & HOEFLE, S.C.

115 South 84th Street
Suite 330
Milwaukee, WI 53214

Telephone: (414) 778-0700
Facsimile: (414) 778-1770

Lynn R. Laufenberg*
Paul R. Hoefle
Michael L. Laufenberg

Writer's Email:
prh@lauflaw.com
*Certified by NBTA as Civil Trial Advocate

January 30, 2007

**VIA HAND DELIVERY**

**Hon. Francis T. Wasielewski**
Milwaukee County Courthouse
901 North 9th Street
Milwaukee, WI 53233-1425

**Re: Cleaver-Brooks, Inc. vs. AIU Ins Co., et al.**
**Case No.: 04 CV 002852**

Dear Judge Wasielewski:

In response to the Order Dismissing Cross-Claims of Commercial Union Insurance Company and General Accident Fire & Life Assurance Corp., Ltd. prepared by Attorney Schmeckpeper, I have prepared a revised Order that I am submitting under the 5 day rule. The only change we have made to the Order pertains to the following: IT IS ORDERED: that **for the reasons stated on the record** the cross-claims of Commercial Union Insurance Company…

By copy of this letter, all counsel are receiving a copy of our proposed Order. If you do not receive any objections within 5 days, we would appreciate it if you would sign the Order, and have your clerk return it to us in the enclosed self-addressed stamped envelope. I will then circulate the conformed Order to all counsel.

Thank you for your assistance in this matter.

Sincerely,

LAUFENBERG & HOEFLE, S.C.

COPY

Paul R. Hoefle

PRH:tlu
Enclosure
cc: Mr. Robert M. Horkovich, w/Encls., (Via E-mail and US Mail)
Mr. Jeffrey E. Glen, w/Encls., (Via E-mail and US Mail)

Mr. David Kochman, w/Encls., (Via E-mail and US Mail)
Ms. Brandyne S. Warren, w/Encls., (Via E-mail and US Mail)
Mr. Welch P. Goggins, Jr., w/Encls. (Via U.S. Mail)
See Attached Service List, w/Encls., (Via E-mail and US Mail)

STATE OF WISCONSIN CIRCUIT COURT MILWAUKEE COUNTY

CLEAVER-BROOKS,

Plaintiff,

Case No. 04-CV-002852

v.

AIU INSURANCE COMPANY, et al,

Defendants,

**ORDER DISMISSING CROSS-CLAIMS OF COMMERCIAL UNION INSURANCE COMPANY AND GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORP., LTD.**

The above-captioned matter having come before the court on January 22, 2007 upon the motion of Century Indemnity Company (as successor to CCI Insurance Company, successor to Insurance Company of North America), Central National Insurance Company of Omaha (for policies issued through Cravens Dargan & Company, Pacific Coast, as its Managing General Agent), Pacific Employers Insurance Company, TIG Insurance Company (as successor to International Insurance Company) and Westchester Fire Insurance Company (for policies issued by United States Fire Insurance Company) to dismiss the cross-claims of Commercial Union Insurance Company and General Accident Fire & Life Assurance Corp., Ltd. and the appearances of counsel having been placed on the record, the court having reviewed the submissions in support of and in opposition to said motion, having heard the arguments of counsel and being further well advised in the premises now, therefore,

IT IS ORDERED: that for the reasons stated on the record the cross-claims of Commercial Union Insurance Company and General Accident Fire & Life Assurance

Corp., Ltd., against Century Indemnity Company (as successor to CCI Insurance Company, successor to Insurance Company of North America), Central National Insurance Company of Omaha (for policies issued through Cravens Dargan & Company, Pacific Coast, as its Managing General Agent), Pacific Employers Insurance Company, TIG Insurance Company (as successor to International Insurance Company) and Westchester Fire Insurance Company (for policies issued by United States Fire Insurance Company) be, and hereby are dismissed upon their merits.

Dated at Milwaukee, Wisconsin this _____ day of_____________, 2007.

BY THE COURT:

______________________________

The Honorable Francis T. Wasielewski
Circuit Court Judge

# SERVICE LIST

***Cleaver Brooks, Inc. v. AIU Insurance Company, et al.***

**Milwaukee County Case No. 04-CV-2852**

**Cleaver-Brooks, Inc. Counsel**

Mr. Paul R. Hoefle
Mr. Michael L. Laufenberg
Laufenberg & Hoefle, S.C.
115 South 84th Street, Suite 330
Milwaukee, WI 53214-1480
ph. (414) 778-0700
fax (414) 778-1770
e-mail: prh@lauflaw.com
e-mail: mll@lauflaw.com

**The Coca-Cola Company Counsel**

Mr. Jon P. Christiansen
Ms. Lisa S. Neubauer
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5300
ph. (414) 297-5557
fax (414) 297-4900
e-mail: jchristiansen@foley.com
e-mail: lneubauer@foley.com
Mr. Martin M. McNerney,
Mr. John H. Fontham (x-5543)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
ph. (202) 626-5447
fax (202) 626-3737
e-mail: mmcnerney@kslaw.com
e-mail: jfontham@kslaw.com

Mr. L. Joseph Loveland
Mr. Anthony P. Tatum (x-3519)
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30309
ph. (404) 572-4783
fax (404) 572-5100
e-mail: jloveland@kslaw.com
e-mail: ttatum@kslaw.com

Gita F. Rothschild, Esq.
McCarter & English LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
ph. (973) 639-5959
fax (973) 297-3833
e-mail: grothschild@mccarter.com

**AIU Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburg, PA Counsel**

Mr. Michael J. Cohen
Ms. Pamela J. Tilman
Meissner Tierney Fisher & Nichols S.C.
111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202-6633
ph. (414) 273-1300
fax (414) 273-5840
e-mail: mjc@mtfn.com
e-mail: pjt@mtfn.com

Ms. Colleen Brown
Ms. Michele R. Valencic
Mr. Salvatore Pellegrino
Clausen Miller P.C.
10 South LaSalle Street
Chicago, IL 60603-1098
ph. (312) 606-7905
fax (312) 606-7777
e-mail: cbrown@clausen.com
e-mail: mvalencic@clausen.com
e-mail: spellegrino@clausen.com

**American Insurance Company, Fireman's Fund Insurance Company Counsel**

Mr. Christopher J. Johnson
Beck, Chaet & Bamberger, S.C.
330 East Kilbourn Avenue
Suite 1085
Milwaukee, WI 53202-3146
ph. (414) 273-4200
fax (414) 273-7786
e-mail: cjohnson@bcblaw.net

Ms. Jennifer Ellin
Caron, Constants & Wilson
33 West Monroe Street, Suite 1530
Chicago, IL 60603
ph. (312) 629-2000
fax (312) 629-8220
e-mail: jellin@ffic.com

**Federal Insurance Company (Chubb) Counsel**

Mr. Kevin A. Christensen
Leib & Katt S.C.
740 North Plankinton Avenue, Suite 600
Milwaukee, WI 53203-2412
ph. (414) 276-8816
fax (414) 276-8819
e-mail: kac@leibkatt.com
e-mail: mdm@leibkatt.com

Mr. Gregory D. Hopp
Cozen O'Connor
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606-6000
ph. (312) 382-3102
fax (312) 706-9702
e-mail: ghopp@cozen.com

Mr. William P. Shelley
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
ph. (215) 665-4142
fax (215) 701-2442
e-mail: wshelley@cozen.com

**United National Insurance Company Counsel**

Mr. James A. Niquet
Crivello Carlson & Mentkowski, S.C.
710 North Plankinton Avenue, Suite 500
Milwaukee, WI 53203
ph. (414) 271-7722
fax (414) 271-4438
e-mail: JNiquet@milwlaw.com

Mr. Lawrence K. Rynning
Wheaton Office Center
310 South Country Farm Road
P.O. Box 1618
Wheaton, IL 60189-1618
ph. (630) 682-9500
fax (630) 682-8107
e-mail: lkrlaw@ameritech.com

**Continental Insurance Company (CNA) Counsel**

Mr. Thomas R. Schrimpf
Hinshaw & Culbertson
100 East Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202
ph. (414) 276-6464 (x-213)
fax (414) 276-9220
e-mail: tschrimpf@hinshawlaw.com

Ms. Hallie M. Fahey
Mr. Peter D. Lindau
Mr. Tyler Mertes
Mr. Milind Parekh
Ms. Eileen King Bower
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60503-5758
ph. (312) 759-1927
fax (312) 759-1920
e-mail: hfahey@rdblaw.com
plindau@rdblaw.com
tmertes@rdblaw.com
mparekh@rdblaw.com
ebower@rdblaw.com

**General Accident Fire & Life Assurance Corporation, Limited and Commercial Union Insurance Company Counsel**

Mr. Thomas A. Piette
Piette Law Firm, S.C.
1601 East Racine Avenue, Suite 102
Waukesha, Wisconsin 53186
ph. (262) 542-9700
fax (262) 542-3144

Ms. Lynne M. Mueller
Litchfield Cavo LLP
13555 Bishop's Court, Suite 230
Brookfield, Wisconsin 53005-6224
ph. (262) 784-8966
fax (262) 784-8812
e-mail: mueller@litchfieldcavo.com

Mr. Joseph B. Royster
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
ph. (312) 781-6608
fax (312) 781-6630
e-mail: royster@litchfieldcavo.com

**Westport Insurance Corporation Counsel**

Mr. Mark S. Nelson
Nelson, Connell & Conrad, S.C.
150 North Sunnyslope Road, Suite 305
Brookfield, WI 53008-1390
ph. (262) 789-5880
fax (262) 789-5888
e-mail: mnelson@ncklaw.com

**Appalachian Insurance Company Counsel**

Ms. Catherine M. Crisham
Mr. David M. Alt (x-3138)
Bates & Carey, LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
ph. (312) 762-3110
fax (312) 762-3200
e-mail: ccrisham@batescarey.com
e-mail: dalt@batescarey.com

**Twin City Fire Insurance Company**

Ms. Heidi L. Vogt
von Briesen & Roper, S.C.
411 East Wisconsin Avenue
P.O. Box 3262
Milwaukee, Wisconsin 53210-3262
ph. (414) 287-1258
fax (414) 276-6281
e-mail: hvogt@vonbriesen.com

Mr. Stephen V. Gimigliano
Mr. Robert W. Mauriello
Graham, Curtin & Sheridan
Four Headquarters Plaza
P.O. Box 1991
Morristown, NJ 07962-1991
e-mail: sgimigliano@gcslaw.com
rmauriello@gcslaw.com

**Employers Insurance of Wausau**

Mr. Timothy Muldowney
LaFollette, Godfrey & Kahn, S.C.
P.O. Box 2719
Madison, Wisconsin 53701
ph. (608) 257-3911
fax (608) 251-2983
e-mail: tmuldowney@gklaw.com

**Century Indemnity Co.**

Mr. Jeffrey A. Schmeckpeper
Kasdorf, Lewis & Swietlik, S.C.
One Park Plaza
11270 West Park Place, Fifth Floor
Milwaukee, WI 53224
ph. (414) 577-4000
fax (414) 577-4400

Mr. Clifton S. Elgarten
Mr. Paul W. Kalish
Mr. John E. McCarthy
Ms. Beth A. Koehler
Crowell & Moring LLP
101 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595