**Resolute** Management Inc.

**Brian Bendig**
**Vice President and General Counsel**
617.234.3812 – tel
617.234.3899 – fax
bbendig@resolute-ne.com

**New England Division**
**Two Central Square**
Cambridge, MA 02139-3311

November 13, 2007

By E-Mail

William C. O'Neill
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595

Re: *In re Arbitrations* REDACTED

Dear Mr. O'Neill:

I respond to your letter of November 9, 2007 to Andrea Giannetta, in lieu and on behalf of her.

REDACTED

Please note Seaton takes the position that Crowell & Moring ("the firm") is precluded from representing Century against Seaton. Now that settlement discussions have broken down and the matter will proceed to active arbitration, Seaton asserts that the firm has a conflict due to its representation of Seaton on numerous other matters, historically and currently. Seaton accordingly requests that the firm withdraw. If the matter is not resolved in this fashion, Seaton will seek disqualification of the firm by the panel to be constituted in this matter.

Very truly yours,

Brian Bendig

Cc: Andrea Giannetta