BUDD LARNER
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

DIRECT DIAL 973.315.4407
E-MAIL mhoerrner@budd-larner.com

December 12, 2007

*VIA E-MAIL and REGULAR MAIL*
Jennifer Devery, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

**Re: Various Arbitrations Between ACE Entities and Seaton Insurance Company**

Dear Ms. Devery:

We are counsel to Seaton Insurance Company ("Seaton") with respect to the currently pending reinsurance arbitrations between Seaton and various ACE entities.

REDACTED

It is our understanding that C&M currently represents Seaton in other matters, and has represented Seaton in the past. As such, C&M has a conflict that prevents it from representing any and all of the ACE entities against Seaton in all of these nine arbitrations. This conflict has not been waived and, indeed, is not waivable. Therefore, we request that C&M immediately withdraw from all of the pending arbitrations. If C&M does not withdraw in a timely fashion, Seaton will make an application to the appropriate authority to disqualify C&M.

Until such time as C&M voluntarily withdraws, or is disqualified, we understand that it will be necessary to communicate the C&M in the regular course of the arbitrations. By proceeding in this fashion, Seaton does not acquiesce in C&M's position that the conflict has been waived, nor does Seaton waive the conflict by implication. Rather, Seaton has not, and will not, waive the conflict and reserves its right to seek the disqualification at the appropriate time. If you have any questions, please call.

Very truly yours,

Mark D. Hoerrner

MARK D. HOERRNER

661898.W

cc: Joseph J. Schiavone, Esq.