UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| J.T. THORPE COMPANY, | ) | Case No. 02-41487-H5-11 |
| Debtor. | ) | |

**AMERICAN MOTORISTS INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO DEBTOR'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

To: JT Thorpe Corporation , by and through its counsel of record, William A. (Trey) Wood, III, Marcy E. Kurtz, and Stephanie S. Rosenberg, Bracewell & Patterson, L.L.P., 711 Louisiana, Suite 2900, Houston, Texas 77002-2787, and Alfredo R. Perez, Weil Gotshal & Manges LLP, 700 Louisiana, 16th Floor, Houston, Texas 77002.

Pursuant to Rules 7026, 7033, and 7034 of the Federal Rules of Bankruptcy Procedure, American Motorists Insurance Company ("AMICO"), a party in interest, hereby submits the following responses to Debtor's First Set of Interrogatories And Request For Production of Documents propounded by debtor JT Thorpe Corporation ("Thorpe").

Dated: December 2, 2002

*/s/ J. Michael Dorman*
J. Michael Dorman
(State Bar No. 06004300, Federal I.D. No. 2566)
Patricia Williams Prewitt
(State Bar No.21566370, Federal I.D. No.10440
Elizabeth C. Freeman
(State Bar No.24009222, Federal I.D. No. 24564
Locke Liddell & Sapp LLP
3400 JP Morgan Chase Tower

600 Travis Street
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

Mark D. Plevin
(D.C. Bar No. 358743)
Robert T. Ebert
(D.C. Bar No. 261842)
Leslie A. Epley
(Md. Bar)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for American Motorists Insurance Company

REDACTED

**ANSWER:**

AMICO objects to subpart (a) of Interrogatory No. 1 on the grounds that its request that AMICO identify "any expert whose work product was reviewed by any expert you expect to call at the Confirmation Hearing" seeks information not relevant to the subject matter of this litigation and not likely to lead to the discovery of admissible evidence, and would violate AMICO's rights against disclosure of attorney work-product.

Subject to, and without waiving its General Objections or the foregoing specific objections, AMICO states as follows:

AMICO has not yet identified any person it expects to call at the Confirmation Hearing. AMICO will supplement this response if and when it makes a decision that it will call one or more experts to testify at the Confirmation Hearing.

**INTERROGATORY NO. 2**

Identify by name, address and phone number all witnesses you expect to call at the Confirmation Hearing; state their business affiliation and title, and state in detail the subject matter to which each witness is expected to testify.

**ANSWER:**

Subject to, and without waiving its General Objections, AMICO states as follows:

AMICO has not made any final determination as to which witness or witnesses it will call at the Confirmation Hearing. At present, however, AMICO anticipates that it may call one or more of the following witnesses:

> Donald Huffer and/or Donald Siegewald, Kemper Insurance Companies, Long Grove, Illinois. Mr. Huffer and Mr. Siegewald are client representatives of AMICO who should be contacted only through AMICO's counsel in this bankruptcy case. Mr. Huffer and/or Mr. Siegewald are presently expected to testify concerning the insurance coverage provided by AMICO to JT Thorpe Company, the exhaustion of AMICO's policies by payment of asbestos bodily injury claims on behalf of JT Thorpe Company, the 1996 Claims-Handling Agreement between JT Thorpe and AMICO, the fact that AMICO has never consented to any assignment of JT Thorpe's interests under the policies AMICO issued to JT Thorpe, and concerning JT Thorpe Company's response to AMICO's notices of having exhausted its coverage.
>
> Thomas M. Ryan, Randall America, Cambridge, Massachusetts. Mr. Ryan is a client representative of AMICO who should be contacted only through AMICO's counsel. Mr. Ryan's employer, Randall America, is a third-party administrator responsible for handling claims against the policies AMICO issued to JT Thorpe Company. Mr. Ryan is presently expected to testify concerning facts establishing AMICO's status as a party in interest in this bankruptcy case.

REDACTED

# VERIFICATION

I am an authorized representative of American Motorists Insurance Company, am authorized to make this verification for and on its behalf, and I make this verification for that reason. I have read the foregoing **AMERICAN MOTORISTS INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO DEBTOR'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** dated December 2, 2002 and know the contents thereof. I am informed and believe that the matters stated therein are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2d day of December, 2002 at Cambridge, Massachusetts.

*/s/ Thomas M. Ryan*
Thomas M. Ryan

1961680