**McBride-Bukont, Kellyann**

**From:** Caprice, Joanne [joanne.caprice@resolute-midatlantic.com]
**Sent:** Wednesday, November 01, 2006 1:01 PM
**To:** Tom Ryan
**Subject:** RE: CIGNA/GATX

GATX business is handled by a unit at ACE. REDACTED

---

**From:** Tom Ryan [mailto:Tom.Ryan@cavellamerica.com]
**Sent:** Wednesday, November 01, 2006 11:21 AM
**To:** Caprice, Joanne
**Subject:** FW: CIGNA/GATX

Do you know who handles in Phil?

REDACTED

REDACTED

**McBride-Bukont, Kellyann**

**From:**
**Sent:** Wednesday, November 07, 2007 6:00 PM
**To:** Caprice, Joanne
**Cc:** Tom Ryan; Steve Falk; Joe Follis; Bob Carlson; Arvind Krishnamurthy
**Subject:** RE: seaton - ace balances

Joanne –

REDACTED

, the claims submitted by any Resolute Mid-Atlantic entity or ACE-related entity are serviced by Resolute New England (on behalf of Seaton and Stonewall) under the direction, control and supervision of NICO/Tom Ryan.

REDACTED