**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 07-332-S |

**PLAINTIFF SEATON INSURANCE COMPANY'S ASSENTED TO MOTION TO CONTINUE FEBRUARY 8, 2008 PRETRIAL CONFERENCE AND HEARINGS ON MOTION TO DISQUALIFY JENNIFER R. DEVERY AND PAUL W. KALISH AND MOTION FOR THEIR PRO HAC VICE ADMISSIONS**

Plaintiff Seaton Insurance Company, f/k/a Unigard Mutual Insurance Company ("Seaton"), hereby moves that the Court re-schedule the pretrial conference with Judge Smith and the hearings on Seaton's Motion to Disqualify Counsel and the defendant's Motion to Admit Jennifer R. Devery and Paul W. Kalish *pro hac vice*, to be heard by Magistrate Martin, which are all currently set for February 8, 2008 to a date that is convenient for Judge Smith and Magistrate Martin. Seaton makes this request in order to allow it time to file a Reply Memorandum in support of its Motion to Disqualify on or before February 14, 2008. This Motion is assented to by Defendant Illinois Union Insurance Company f/k/a GATX Insurance Company ("Illinois Union").

As grounds for this motion, Seaton notes that Local Rule 7(b)(2) provides that a moving party may file and serve a reply memorandum within ten (10) days after service of the objection

to its motion. Seaton filed its Motion to Disqualify, together with a supporting Memorandum of Law and the Affidavit of Joseph Follis, on January 17, 2008 [PACER Nos. 24-26].[1] Eighteen (18) days later, on February 4, 2008, Illinois Union filed its Memorandum in Opposition to Seaton's Motion, together with three supporting declarations [PACER Nos. 27-30]. A hearing on the Motion is currently set for February 8, 2008 at 11 a.m. The papers served by Illinois Union on February 4 total approximately 150 pages involving alleged facts that date back several years. The issues that are the subject of this motion are very important to Seaton and Seaton requires the period of time set forth in LR 7(b)(2) to file a Reply to the matters raised in Illinois Union's Memorandum and supporting declarations. Seaton cannot do so prior to the hearing set for February 8, 2008. As such, Seaton requests that pursuant to LR 7(b)(2) that it may be permitted time to file and serve a Reply Memorandum.

Accordingly, so that the Court may have a complete record before it in connection with Seaton's Motion, Seaton respectfully requests that it be granted leave to file a Reply in support of its Motion on or before February 14, 2008 and that the pretrial conference with Judge Smith and the motion hearings before Magistrate Martin be continued to a date that is convenient for the Court after the filing of Seaton's Reply. The parties respectfully request that the pretrial conference and hearings not be scheduled during the week of February 25, 2008. Seaton has conferred with counsel for Illinois Union and Illinois Union consents to this request.

[1] Seaton had previously filed Objections to the Motions for Pro Hac Vice Admission of the attorneys from Crowell & Moring. [PACER Nos. 15-16]. These Objections remain pending.

Respectfully submitted,

**SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY**
By its attorneys,

*/s/ John T. Harding*
*/s/ Thomas M. Robinson*

John T. Harding, *pro hac vice*
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Thomas M. Robinson, RI Bar # 6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141
(401) 331-4660

Dated: February 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 5, 2008.

*/s/ John T. Harding*

John T. Harding