**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 07-332-S |

**PLAINTIFF SEATON INSURANCE COMPANY'S ASSENTED TO MOTION TO EXTEND TIME TO FILE REPLY MEMORANDUM TO DEFENDANT'S OBJECTION TO MOTION TO DISQUALIFY**

Plaintiff Seaton Insurance Company, f/k/a Unigard Mutual Insurance Company ("Seaton"), hereby moves that the Court grant it an additional two (2) business days, or until February 19, 2008, to file its Reply Memorandum to the objection of defendants to plaintiff's motion to disqualify Jennifer R. Devery and Paul W. Kalish as counsel for defendants

As grounds for this motion, Seaton states that it needs the additional time for counsel to confer with Seaton and obtain documents necessary for the Reply Memorandum. Further, a hearing on this motion has ben scheduled for March 6, 2008 at 11:00 a.m. before Magistrate Martin. Respectfully, the additional two (2) days requested by this Motion will not prejudice the defendants' preparation for the hearing of this motion. Finally, Seaton has conferred with counsel for Defendant Illinois Union Insurance Company f/k/a GATX Insurance Company ("Illinois Union") and Illinois Union consents to this request.

Respectfully submitted,

**SEATON INSURANCE COMPANY, f/k/a**
**UNIGARD MUTUAL INSURANCE COMPANY**
By its attorneys,

*/s/ John T. Harding*
*/s/ Thomas M. Robinson*

John T. Harding, *pro hac vice*
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Thomas M. Robinson, RI Bar # 6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141
(401) 331-4660

Dated: February 13, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 13, 2008.

*/s/ John T. Harding*

John T. Harding