**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY, Plaintiff, v. ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY, Defendant. | C.A. No. 07-332-S-DLM |

**<u>CONSENT MOTION FOR ADMISSION PRO HAC VICE</u>**

Defendant Illinois Union Insurance Company, f/k/a GATX Insurance Company hereby moves that BARRY E. COHEN be admitted PRO HAC VICE in the above case as counsel with local counsel identified below. Defendant seeks Mr. Cohen's *pro hac vice* admission solely for the limited purpose of participating in the oral argument concerning Plaintiff Seaton Insurance Company's Motion to Disqualify Jennifer R. Devery, Esq. and Paul W. Kalish, Esq. of Crowell & Moring LLP.

Plaintiff Seaton Insurance Company consents to the appearance of Mr. Cohen for this limited purpose. Illinois Union agrees that Seaton's consent does not in any manner waive Seaton's position as set forth in its motion to disqualify and objection to the pro hac vice admission of attorneys Kalish and Devery. Illinois Union further agrees that Seaton's consent will not be used for any purpose in arguing the motions during the hearing.

Respectfully submitted,

ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200 / (401) 861-8200 FAX
rkt@psh.com

DATED: February 26, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* was filed with the Clerk of the United States District Court for the District of Rhode Island this 26th day of February, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

Thomas M. Robinson / Morrison Mahoney LLP
trobinson@morrisonmahoney.com

John T. Harding / Morrison Mahoney LLP
jharding@morrisonmahoney.com

/s/ Robert K. Taylor

969734_1/8031-2

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

I am the chair of the Committee on Professional Responsibility of Crowell & Moring LLP, an Adjunct Professor of Law at Georgetown University Law Center in the field of professional responsibility law and former chair of the Legal Ethics Committee of the District of Columbia Bar.

I am a member in good standing of the bars of the District of Columbia, the United States District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia and the Federal Circuit, and the United States Supreme Court, and my eligibility to practice before those courts has not been restricted in any way.

I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

I have never been convicted of any crime.

I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Barry E. Cohen
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (FAX)
bcohen@crowell.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8200 (FAX)
rkt@psh.com

ORDER

This motion is hereby

______________________________________________

______________________________
Hon. William E. Smith
United States District Judge, District of Rhode Island

Date: ________________