# EXHIBIT A

**Enstar (US) Inc**
**Seaton FASR**
**Open Balances @ December 2007**
**Balance due from CIGNA /GATX**

| Reinsurer Name | Claim Id | Insured Name | Ceded Contract Ref | Claim Ref | Loss Fron | Loss To Date | Invoice No | Invoice Date | Trans | Total Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|
| Cigna/gatx | 174684 | Armco Steel Corporation | 10189 - Cigna/gatx | 10189 | 06/01/74 | 06/01/74 | 39090 | 12/19/01 | Expense | 1,556.18 |
| Cigna/gatx | 176048 | Armco Steel Corporation | 10189 - Cigna/gatx | 10189 | 06/01/74 | 06/01/74 | 39835 | 07/19/02 | Expense | 263.42 |
| Cigna/gatx | 176686 | Armco Steel Corporation | 10189 - Cigna/gatx | 10189 | 06/01/74 | 06/01/74 | 40100 | 10/21/02 | Expense | 29.59 |
| Cigna/gatx | 177675 | Armco Steel Corporation | 10189 - Cigna/gatx | 10189 | 06/01/74 | 06/01/74 | 40452 | 04/25/03 | Expense | 620.77 |
| Cigna/gatx | 179788 | Armco Steel Corporation | 10189 - Cigna/gatx | 10189 | 06/01/74 | 06/01/74 | 41248 | 02/10/04 | Expense | 185.10 |
| Cigna/gatx | 181046 | Armco Steel Corporation | 10189 - Cigna/gatx | 10189 | 06/01/74 | 06/01/74 | 181046 | 08/13/04 | Expense | 95.00 |
| Cigna/gatx | 176900 | Armco Steel Corporation | 10189 - Cigna/gatx | 10189 | 06/01/74 | 06/01/74 | 40154 | 08/26/04 | Expense | 111.59 |
| Cigna/gatx | 177040 | Armco Steel Corporation | 10189 - Cigna/gatx | 10189 | 06/01/74 | 06/01/74 | 40224 | 08/26/04 | Expense | 120.22 |
| | | **Armco Steel Corporation Total** | | | | | | | | 2,981.87 |
| Cigna/gatx | 177030 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 40185 | 01/16/03 | Expense | 25,706.19 |
| Cigna/gatx | 177032 | Borg Warner Inc. | 5943 - Cigna/gatx | 5514 | 07/18/75 | 07/18/75 | 40186 | 01/16/03 | Expense | 3,615.35 |
| Cigna/gatx | 178717 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 40843 | 08/26/03 | Expense | 4,304.82 |
| Cigna/gatx | 178719 | Borg Warner Inc. | 5943 - Cigna/gatx | 5514 | 07/18/75 | 07/18/75 | 40856 | 08/26/03 | Expense | 605.43 |
| Cigna/gatx | 179169 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 41040 | 11/12/03 | Expense | 6,648.57 |
| Cigna/gatx | 179171 | Borg Warner Inc. | 5943 - Cigna/gatx | 5514 | 07/18/75 | 07/18/75 | 41041 | 11/12/03 | Expense | 935.06 |
| Cigna/gatx | 180966 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 180966 | 08/13/04 | Expense | 9,270.61 |
| Cigna/gatx | 180968 | Borg Warner Inc. | 5943 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 180968 | 08/13/04 | Expense | 1,303.83 |
| Cigna/gatx | 181055 | Borg Warner Inc. | 5943 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 181055 | 08/18/04 | Expense | (1,303.82) |
| Cigna/gatx | 181057 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 181057 | 08/18/04 | Expense | (9,270.60) |
| Cigna/gatx | 181059 | Borg Warner Inc. | 5943 - Cigna/gatx | 5514 | 07/18/75 | 07/18/75 | 181059 | 08/18/04 | Expense | 1,303.83 |
| Cigna/gatx | 181061 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 181061 | 08/18/04 | Expense | 9,270.61 |
| Cigna/gatx | 176904 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 40148 | 08/26/04 | Expense | 0.04 |
| Cigna/gatx | 181177 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 181177 | 09/09/04 | Expense | 11,909.95 |
| Cigna/gatx | 181921 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 181921 | 12/23/04 | Expense | 4,603.50 |
| Cigna/gatx | 181921 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 181921 | 12/23/04 | Indemnity | 39,512.05 |
| Cigna/gatx | 181925 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 181925 | 01/13/05 | Expense | 740.00 |
| Cigna/gatx | 181925 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 181925 | 01/13/05 | Indemnity | 63,041.80 |
| Cigna/gatx | 181179 | Borg Warner Inc. | 5943 - Cigna/gatx | 5514 | 07/18/75 | 07/18/75 | 181179 | 10/19/05 | Expense | 1,675.03 |
| Cigna/gatx | 182059 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 182059 | 10/19/05 | Expense | 10,802.46 |
| Cigna/gatx | 182256 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 182256 | 10/19/05 | Expense | 9,848.24 |
| Cigna/gatx | 182256 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 182256 | 10/19/05 | Indemnity | 1,887.34 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cigna/gatx | 182443 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 182443 | 10/19/05 | Expense | 1,086.97 |
| Cigna/gatx | 183086 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 183086 | 10/19/05 | Expense | (6,678.50) |
| Cigna/gatx | 183086 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 183086 | 10/19/05 | Indemnity | 621,142.96 |
| Cigna/gatx | 185129 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 185129 | 10/19/05 | Expense | 615.75 |
| Cigna/gatx | 185470 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 185470 | 10/19/05 | Expense | 2,230.25 |
| Cigna/gatx | 186201 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 186201 | 11/22/05 | Expense | 126,703.31 |
| Cigna/gatx | 187399 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 187399 | 12/27/05 | Expense | 1,405.18 |
| Cigna/gatx | 187399 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 187399 | 12/27/05 | Indemnity | 205,775.09 |
| Cigna/gatx | 187578 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 187578 | 01/30/06 | Indemnity | 109,293.12 |
| Cigna/gatx | 188047 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 188047 | 03/24/06 | Expense | 152,892.60 |
| Cigna/gatx | 188401 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 188401 | 04/03/06 | Expense | 119,384.12 |
| Cigna/gatx | 188401 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 188401 | 04/03/06 | Indemnity | 16,850.69 |
| Cigna/gatx | 177030 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100267 | 06/08/06 | Indemnity | 6,530.16 |
| Cigna/gatx | 177030 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100267 | 06/08/06 | Expense | 45,580.02 |
| Cigna/gatx | 177030 | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100268 | 07/06/06 | Expense | 38,890.67 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100385 | 07/27/06 | Expense | 151,693.04 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100385 | 07/27/06 | Indemnity | 79,085.92 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100498 | 09/08/06 | Indemnity | 406,474.22 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100498 | 09/08/06 | Expense | 243,244.30 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100509 | 10/04/06 | Indemnity | 82,721.12 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100509 | 10/04/06 | Expense | 134,492.43 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100511 | 11/01/06 | Indemnity | 3,261.29 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100511 | 11/01/06 | Expense | 133,683.59 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100522 | 12/01/06 | Indemnity | 16,429.24 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100522 | 12/01/06 | Expense | 33,729.14 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100545 | 12/20/06 | Indemnity | 6,060.29 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100545 | 12/20/06 | Expense | 72,218.83 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100581 | 02/05/07 | Indemnity | 1,971.71 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100581 | 02/05/07 | Expense | 21,319.07 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100602 | 03/09/07 | Indemnity | 39,409.88 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100602 | 03/09/07 | Expense | 47,936.12 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100603 | 04/05/07 | Indemnity | 31,004.02 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100603 | 04/05/07 | Expense | 65,574.35 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100610 | 05/07/07 | Indemnity | 48,914.29 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100610 | 05/07/07 | Expense | 25,695.17 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100615 | 06/04/07 | Indemnity | 11,895.07 |
| Cigna/gatx | | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100615 | 06/04/07 | Expense | 41,865.20 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100630 | 07/11/07 | Indemnity | 21,809.90 |
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100630 | 07/11/07 | Expense | 49,337.12 |
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100705 | 08/08/07 | Indemnity | 75,429.40 |
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100705 | 08/08/07 | Expense | 23,096.15 |
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100836 | 09/01/07 | Indemnity | 1,471.59 |
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100836 | 09/01/07 | Expense | 33,017.89 |
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100897 | 10/02/07 | Indemnity | 57,587.78 |
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100897 | 10/02/07 | Expense | 65,247.99 |
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 100969 | 11/06/07 | Expense | 51,445.62 |
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 101036 | 12/04/07 | Expense | 27,841.98 |
| Cigna/gatx | Borg Warner Inc. | 5514 - Cigna/gatx | 5514 | 09/01/74 | 09/01/74 | 101067 | 12/18/07 | Expense | 48,644.82 |
| | **Borg Warner Inc. Total** | | | | | | | | 3,791,721.21 |
| | **Grand Total** | | | | | | | | **3,794,703.08** |