# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 07-332-S-DLM |

**STATEMENT OF DEFENDANT ILLINOIS UNION**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Illinois Union Insurance Company ("Illinois Union"), by and through its undersigned counsel, certifies that the following identifies Illinois Union's corporate parents and any publicly held company that owns 10% or more of its stock:

Illinois Union Insurance Company is 100% owned by Pacific Employers Insurance Company, which is 100% owned by ACE American Insurance Company, which is 100% owned by INA Financial Corporation, which is 100% owned by ACE INA Holdings, Inc., 80% of which is owned by ACE Group Holdings, Inc., and 20% of which is owned by ACE Limited. ACE Group Holdings, Inc. is a wholly owned subsidiary of ACE Limited, the ultimate parent company. ACE Limited is a publicly traded company whose stock trades on the New York Stock Exchange under the symbol "ACE."

ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8200 FAX
rkt@psh.com

DATED: May 6, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing STATEMENT OF DEFENDANT ILLINOIS UNION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 was filed with the Clerk of the United States District Court for the District of Rhode Island this 6th day of May, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

John T. Harding / Morrison Mahoney LLP
jharding@morrisonmahoney.com

Thomas M. Robinson / Morrison Mahoney LLP
trobinson@morrisonmahoney.com

/s/ Robert K. Taylor

983271_1/8031-2