# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 07-332-S-DLM |

**DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S MOTION TO EXTEND TIME TO APPEAL FROM MAGISTRATE JUDGE'S MEMORANDUM AND ORDER**

Defendant Illinois Union Insurance Company, f/k/a GATX Insurance Company ("Illinois Union"), hereby moves, pursuant to Local Rule 7, that the Court grant it an additional five (5) business days, or until July 10, 2008, to file an appeal of Magistrate Judge Martin's June 19, 2008 Memorandum and Order Addressing Pro Hac Vice and Related Motions.

As grounds for this motion, Illinois Union states that it needs additional time to adequately address the Magistrate Judge's Memorandum and Order, which denies pro hac vice admission to this Court for Illinois Union's national counsel in this matter. The additional five (5) business days requested by this Motion will not prejudice the Plaintiffs or cause any undue delay. Counsel for Illinois Union has conferred with counsel for Plaintiff Seaton Insurance Company to ask if Seaton consents to this extension, but Seaton has not yet advised Illinois Union of its position.

ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8200 FAX
rkt@psh.com

DATED: June 27, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S MOTION TO EXTEND TIME TO APPEAL FROM MAGISTRATE JUDGE'S MEMORANDUM AND ORDER was filed with the Clerk of the United States District Court for the District of Rhode Island this 27th day of June, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

John T. Harding / Morrison Mahoney LLP
jharding@morrisonmahoney.com

Thomas M. Robinson / Morrison Mahoney LLP
trobinson@morrisonmahoney.com

/s/ Robert K. Taylor

993506_1/8031-2