# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY, Plaintiff, | |
| v. | CA 07-332 A |
| ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY, Defendant. | |

**SUPPLEMENTAL DECLARATION OF CLIFFORD B. HENDLER IN SUPPORT OF DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S APPEAL FROM MAGISTRATE JUDGE DAVID L. MARTIN'S MEMORANDUM AND ORDER**

I, CLIFFORD B. HENDLER, declare as follows:

1. I am a partner at Crowell & Moring LLP. I make this supplemental declaration in support of Illinois Union Insurance Company's Appeal From Magistrate Judge David L. Martin's June 18, 2008 Memorandum and Order Addressing Pro Hac Vice and Related Motions.

2. I am over the age of twenty-one years and am otherwise competent to give this supplemental declaration. I have personal knowledge of the matters stated herein and know them to be true and correct.

3. Since 2001, Crowell & Moring has represented Seaton in less than a half dozen matters. At the time this case was initiated, Crowell & Moring's representation of Seaton was down to just two matters entirely unrelated to this litigation: (1) the Federal Mogul litigation, and (2) an adversary proceeding in the Quigley bankruptcy.

4. With respect to the Federal Mogul litigation, Crowell & Moring represented numerous insurance companies, including ACE USA Companies, and Seaton (as engaged by Randall/Cavell in 2002). Pursuant to a settlement, Federal Mogul has already filed a dismissal with prejudice as to Seaton. Only related dismissal papers in a related, stayed action remain to be finalized.

5. Crowell & Moring also represented Seaton in connection with the Quigley bankruptcy case. Specifically, Crowell & Moring was engaged by Randall/Cavell in 2006 to represent Seaton in the adversary proceeding brought by CNA against Seaton and numerous other carriers. That adversary proceeding has been stayed since February 22, 2007. Since the stay went into effect, Crowell & Moring has undertaken virtually no work in connection with this proceeding. Crowell & Moring is in the process of being replaced as counsel in the stayed Quigley adversary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2008
in Washington, D.C.

Clifford B. Hendler