**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY, Plaintiff, | ) | Civil Action No.: 07-332-S |
| v. | ) | |
| ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY, Defendant. | ) | |

**PLAINTIFF SEATON INSURANCE COMPANY'S ASSENTED TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT'S APPEAL OF MAGISTRATE JUDGE'S MEMORANDUM AND ORDER**

Plaintiff Seaton Insurance Company, f/k/a Unigard Mutual Insurance Company ("Seaton"), hereby moves that the Court grant it an additional seven (7) days, or until July 31, 2008, to file its Opposition to Defendant Illinois Union Insurance Company f/k/a GATX Insurance Company's Appeal of Magistrate Judge's Memorandum and Order.

As grounds for this motion, Seaton states that it needs the additional time to analyze and respond to the issues raised by Defendant's appeal. Further, Seaton has conferred with counsel for Defendant and Defendant consents to this request.

Respectfully submitted,

**SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY**
By its attorneys,

*/s/ John T. Harding*
*/s/ Thomas M. Robinson*

John T. Harding, *pro hac vice*
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Thomas M. Robinson, RI Bar # 6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141
(401) 331-4660

Dated: July 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 23, 2008.

*/s/ Thomas M. Robinson*

Thomas M. Robinson