**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 07-332-S |

**PLAINTIFF SEATON INSURANCE COMPANY'S**
**MOTION TO STRIKE**
**SUPPLEMENTAL DECLARATION OF CLIFFORD B. HENDLER**

Plaintiff Seaton Insurance Company, f/k/a Unigard Mutual Insurance Company ("Seaton"), hereby moves that the Court enter an Order striking the Supplemental Declaration of Clifford B. Hendler ("Supplemental Hendler Declaration") [PACER No. 50-10; "Ex. I"] submitted in support of the "Notice of Appeal from Magistrate Judge's Memorandum and Order" filed by Defendant Illinois Union Insurance Company, f/k/a GATX Insurance Company ("Illinois Union"), on July 10, 2008 [PACER No. 50]. [A copy of the "Supplemental Hendler Declaration" is attached as "Exhibit A" hereto].

As grounds for this motion, Seaton states that the Supplemental Hendler Declaration was not part of the record before Magistrate Judge David L. Martin in considering Illinois Union's Motions for Admission *Pro Hac Vice* and the related motion to disqualify filed by Seaton that are the subject of the Order appealed to the Court by Illinois Union. Neither the Magistrate Judge nor the Court ever requested any supplemental information from Illinois Union. The Supplemental Hendler Declaration contains statements that are irrelevant to the issues before the

Court, as well as being incomplete and misleading. Accordingly, this unauthorized attempt to expand the record is totally inappropriate and the Court should disregard the contents of the Supplemental Hendler Declaration in making its decision on Illinois Union's appeal.

**WHEREFORE**, for the reasons stated above and as set forth in the accompanying Memorandum of Law, Seaton respectfully requests that the Court strike the Supplemental Hendler Declaration and not consider it in reviewing Magistrate Judge Martin's Memorandum and Order.

Respectfully submitted,
**SEATON INSURANCE COMPANY, f/k/a**
**UNIGARD MUTUAL INSURANCE COMPANY**
By its attorneys,

*/s/ John T. Harding*

John T. Harding, *pro hac vice*
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Thomas M. Robinson, RI Bar # 6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141
(401) 331-4660

Dated: July 31, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2008.

*/s/ John T. Harding*

John T. Harding