# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SEATON INSURANCE COMPANY, f/k/a UNIGARD MUTUAL INSURANCE COMPANY, :
:
Plaintiff, :
:
v. : C.A. No. 07-332-S
:
ILLINOIS UNION INSURANCE COMPANY, f/k/a GATX INSURANCE COMPANY, :
:
Defendant. :

**DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S ASSENTED-TO MOTION TO EXTEND TIME TO FILE REPLY AND OPPOSITION**

Defendant Illinois Union Insurance Company, f/k/a GATX Insurance Company ("Illinois Union"), hereby moves, pursuant to Local Rule 7, that the Court grant it an additional twenty-one (21) calendar days, or until September 4, 2008, to file its reply to the Opposition to the Appeal from the Magistrate Judge's Memorandum and Order, submitted on July 31, 2008 by Seaton Insurance Company, f/k/a Unigard Mutual Insurance Company ("Seaton"). Illinois Union also hereby moves that the Court grant it until September 4, 2008 to file its Opposition to Seaton's Motion to Strike Supplemental Declaration of Clifford B. Hendler.

As grounds for this motion, Illinois Union states that the extension of time will allow the parties to engage in certain court-directed discussions related to the case that are being supervised by Magistrate Judge Lovegreen. The additional twenty-one (21) calendar days will not prejudice the Plaintiff or cause any undue delay.

Counsel for Illinois Union has conferred with counsel for Seaton, and Seaton has assented to this Motion.

Respectfully submitted,

ILLINOIS UNION INSURANCE COMPANY
f/k/a GATX INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Howard Merten
Howard Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

Assented to by:

SEATON INSURANCE COMPANY f/k/a
UNIGARD MUTUAL INSURANCE COMPANY

By Its Attorneys,

MORRISON MAHONEY LLP

/s/ John T. Harding
John T. Harding *(pro hac vice)*
250 Summer Street
Boston, AM 02210-1181
(617) 439-7558
(617) 342-4888
jharding@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S ASSENTED-TO MOTION TO EXTEND TIME TO FILE REPLY AND OPPOSITION was filed with the Clerk of the United States District Court for the District of Rhode Island this 12th day of August, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

John T. Harding / Morrison Mahoney LLP
jharding@morrisonmahoney.com

Thomas M. Robinson / Morrison Mahoney LLP
trobinson@morrisonmahoney.com

/s/ Howard Merten

1001691_1/8031-2