**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SEATON INSURANCE COMPANY, f/k/a
UNIGARD MUTUAL INSURANCE COMPANY,

Plaintiff,

v. CA 07-332-S

ILLINOIS UNION INSURANCE COMPANY,
f/k/a GATX INSURANCE COMPANY,

Defendant.

**APPENDIX OF MATERIALS IN SUPPORT OF DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S REPLY BRIEF IN SUPPORT OF ITS APPEAL FROM MAGISTRATE JUDGE DAVID L. MARTIN'S MEMORANDUM AND ORDER**

**PLEASE TAKE NOTICE** that for the Court's convenience, Illinois Union has compiled into this Appendix the following documents:

A. Declaration of Robert B. Burns, July 30, 2008;

B. Fax Correspondence and Draft Letter from Clifford B. Hendler to Robert B. Burns, March 14, 2001;

C. Fax Correspondence and Agreement to Provide Legal Services from Clifford B. Hendler to Robert B. Burns, September 4, 2001.[1]

[1] The materials included in Exhibits A-C of this Appendix are provided as additional evidence for the Court's consideration on a factual issue newly raised by Seaton in its Opposition and unaddressed by the Magistrate Judge due to a mistake of law. Illinois Union incorporates the arguments in its Reply Brief and its Opposition to the Motion to Strike as support for the Court's consideration of this additional evidence. A District Court that reviews a magistrate judge's order on a pretrial, nondispositive matter pursuant to 28 U.S.C. § 636(b)(1)(A) has the discretion to receive and consider new evidence if the district court judge "reasonably concludes that further investigation is necessary." *Conetta v. Nat'l Hair Care Centers, Inc.*, 236 F.3d 67, 74 (1st Cir. 2001). There is good cause for such further investigation here.